UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL ALAN BURTON | ] | |
| Movant, | ] | |
| | ] | No. 3 09 0521 |
| v. | ] | (No. 3:08-mc-0245) |
| | ] | Judge Trauger |
| STATE OF TENNESSEE | ] | |
| Respondent. | ] | |

O R D E R

The Court has before it a *pro se* prisoner "Motion of Special Action : Complaint Corrective Action Review" (Docket Entry No. 1) and an application to proceed in forma pauperis (Docket Entry No. 4).

It appears from the application that the movant lacks sufficient financial resources to pay the $350.00 filing fee. Accordingly, pursuant to 28 U.S.C. § 1915(b)(4), the Clerk will file the complaint in forma pauperis. 28 U.S.C. § 1915(a).

The movant is herewith assessed the civil filing fee of $350.00. Pursuant to 28 U.S.C. § 1915(b)(1)(A) and (B), the custodian of the movant's inmate trust account at the institution where he now resides is directed to submit to the Clerk of Court, as an initial partial payment, whichever is greater of:

(a) twenty percent (20%) of the average monthly deposits to the movant's inmate trust account; **or**

(b) twenty percent (20%) of the average monthly balance in the movant's inmate trust account for the prior six (6) months

Thereafter, the custodian shall submit twenty percent (20%) of the movant's preceding monthly income (or income credited to the movant's trust account for the preceding month), but only when such monthly income exceeds ten dollars ($10.00), until the full filing fee of three hundred fifty dollars ($350.00) as authorized under 28 U.S.C. § 1914(a) has been paid to the Clerk of Court. 28 U.S.C. § 1915(b)(2).

In accordance with the Memorandum contemporaneously entered, the complaint fails to state a claim upon which relief can be granted. Consequently, this action is hereby **DISMISSED**. 28 U.S.C. § 1915(e)(2).

An appeal of the judgment rendered herein would not be taken in good faith. Coppedge v. United States, 369 U.S. 438, 445-446 (1962). Therefore, the movant is **NOT** certified to pursue an appeal of this judgment in forma pauperis. 28 U.S.C. § 1915(a)(3).

Nevertheless, should the movant decide to file a notice of appeal, he must either pay the Clerk of Court the full appellate filing fee of four hundred fifty five dollars ($455.00) or submit a new application to proceed in forma pauperis with a certified copy of his inmate trust account statement for the previous six month period. 28 U.S.C. § 1915(a)(1); McGore v. Wrigglesworth, 114 F.3d 601 (6th Cir. 1997).

The Clerk is directed to send a copy of this order to the

Warden of the Arizona State Prison in Florence, Arizona to ensure that the custodian of movant's inmate trust account complies with that portion of the Prison Litigation Reform Act relating to the payment of the filing fee.

Entry of this order shall constitute the judgment in this action.

It is so **ORDERED**.

*[signature]*
Aleta A. Trauger
United States District Judge